# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street  
Suite 301-A  
Astoria, NY 11103

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

April 26th, 2023

Honorable Valerie Figueredo  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: Collado v. 216 Realty Associates LLC et al., et al. 22-cv-10600

Your Honor,

The parties would respectfully make the joint request to adjourn the initial conference in this matter until late June 2023. The parties have already set a mediation for June 13, 2023 and have begun gathering disclosures in anticipation of that mediation.

This case was first assigned to Judge Woods before being re-assigned to Judge Reardon. Judge Woods had originally set an initial conference date for September 2023 and the parties had prepared themselves accordingly.

The parties jointly believe that imposing a discovery order while mediation is pending might hamper the litigants' settlement discussions in the long run.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

---

**Application Granted**

_Valerie Figueredo, U.S.M.J._

DATED: April 27, 2023

**The conference scheduled for May 3, 2023 is canceled. The parties are directed to submit a status update by June 27, 2023**, updating the Court on the mediation and informing the Court whether the parties are prepared to reschedule the Initial Case Management Conference. **The Clerk of Court is directed to terminate the motion at ECF No. 22.**