# Law Offices of Colin Mulholland

### Employment and Civil Litigation

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

36-36 33rd Street
Suite 308
Astoria, NY 11106

September 29, 2023

Honorable Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Application GRANTED. The deadline for the parties to file their settlement papers is extended, nunc pro tunc, to **October 31, 2023**.*

*For all future matters, the parties must comply with the Court's Individual Rules and Practices. See, e.g., R. 2.E ("All requests for extensions of time . . . must be made not less than **two business days** before the scheduled deadline or date," and "should state [inter alia] the original date [and] the number of previous requests[.]").*

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Date: October 12, 2023*

Re: Collado v. 216 Realty Associates LLC et al., et al. 22-cv-10600

Your Honor,

The parties would jointly request until October 31, 2023 to complete and execute the proposed settlement agreement in this matter arising under the FLSA in light of the Jewish holidays through September and October. Defendants are working on a draft for client and counsel review.

This is the first request for this relief.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.