# Law Offices of Colin Mulholland

Employment and Civil Litigation

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

36-36 33rd Street
Suite 308
Astoria, NY 11106

*Application GRANTED. The deadline for the parties to file their settlement papers is extended to **November 24, 2023**. No further extensions will be permitted absent extraordinary circumstances.*

*The Clerk of Court is directed to terminate ECF No. 29.*

October 27, 2023

Honorable Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*SO ORDERED.*

*/s/ Jennifer H. Rearden*
*Jennifer H. Rearden, U.S.D.J.*
*Date: October 30, 2023*

Re: Collado v. 216 Realty Associates LLC et al., et al. 22-cv-10600

Your Honor,

The parties would jointly request until November 24, 2023 to complete and execute the proposed settlement agreement in this matter arising under the FLSA. The parties have exchanged multiple drafts and proposed edits of an agreement; however, the parties will likely need another week or two to resolve currently proposed edits to the agreement, and another week to secure execution by the parties.

This is the second request for an extension. The original date was September 29th, 2023 and the first request to extend set October 31, 2023 as the deadline.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.