UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JAHAIRA COLLADO,<br><br>       Plaintiff,<br><br>    -v.-<br><br>216 REALTY ASSOCIATES LLC et al.<br><br>       Defendants. | 22 Civ. 10600 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  The Court has been informed that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case. A proposed settlement has been submitted for the Court's approval. *See* ECF No. 31. The proposed settlement provides for an aggregate payment of $150,000 in connection with Plaintiff's FLSA claims, with (1) $100,050 to be apportioned to Plaintiff, and (2) the remaining one-third of the settlement sum ($49,950) allocated to Plaintiff's counsel, Colin Mulholland, in attorney's fees and costs. *See* ECF No. 31-1 ¶ 3.

  The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015). Accordingly, the proposed settlement is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

  The Clerk of Court is directed to close the case.

  SO ORDERED.

Dated: February 25, 2024
    New York, New York

                      _____
                      JENNIFER H. REARDEN
                      United States District Judge